THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02451-RPM

TRINITY PROPERTY CONSULTANTS, LLC,

    Plaintiff,

v.

HOUSTON SPECIALTY INSURANCE COMPANY,

    Defendant.

_____

ORDER MODIFYING AMENDED SCHEDULING ORDER
_____

    Pursuant to the Agreed Motion to Modify Amended Scheduling Order [Doc. 23], it is

    ORDERED that deadlines for discovery cut-off and dispositive motions are extended to and including November 30, 2015, and December 31, 2015, respectively.

    Dated: June 25th, 2015

                                                    BY THE COURT:

                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior Judge