IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.: 13-cv-02451 RPM

TRINITY PROPERTY CONSULTANTS, LLC

      Plaintiff,

v.

HOUSTON SPECIALTY INSURANCE COMPANY,

      Defendant.
_____

**ORDER MODIFYING AMENDED SCHEDULING ORDER**
_____

      Pursuant to the Agreed Motion to Modify Amended Scheduling Order [Doc. 27], it is

      ORDERED that deadlines for discovery cut-off and dispositive motions are extended to and including May 30, 2016, and June 30, 2016, respectively.

      Dated: November 30, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge